UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   21-13730 |
| CITE, LLC, | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER APPROVING COMPENSATION OF POWELL JUNIA P.C.

This matter coming to be heard on the First and Final Fee Application (the "Application") of Harlan Powell and Powell Junia P.C. (collectively, "Powell") for Compensation and Reimbursement of Expenses, as counsel to Robert Handler, not individually but as the Subchapter V Trustee with Expanded Authority (the "Trustee") of the bankruptcy estate (the "Estate") of Cite, LLC,

IT IS HEREBY ORDERED THAT:

1. The Application is granted as set forth herein.

2. Powell is awarded and allowed fees in the amount of $4,745.00. for services rendered to the Trustee during the period August 11, 2022 through November 21, 2022, which compensation shall be allowed costs of administration under 11 U.S.C. § 503(b)(2).

3. The Trustee is authorized to pay Powell the total amount of $4,745.00.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  January 11, 2023

**Prepared by:**

William J. Factor (6205675)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:  (312) 878-6976
Fax: (847) 574-8233
Email: wfactor@wfactorlaw.com