UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 21-13730
Cite LLC )
 )  Chapter: 11
 )  Honorable Janet S. Baer
 )
 )
 )
Debtor(s) )

**Final Final Application for Compensation with Coversheet for Robert P Handler, Trustee Chapter 11, Fee: $71,562.50, Expenses: $825.22. Filed by Trustee Robert P Handler**

Enter Order Text Here

Enter: *(signature)* Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: January 11, 2023