# Exhibit 1

Case Administration

| Trans Date | Tkpr | Hours to Bill | Rate | Amount | Description |
|---|---|---|---|---|---|
| 11/28/2022 | WJF | 0.10 | 400 | $40.00 | Review email from R. Handler to Richard and respond to same seeking bank statements |
| 12/10/2022 | WJF | 0.10 | 400 | $40.00 | Review email from Richard regarding bank statements and respond to same |
| 12/21/2022 | DM | 0.20 | 100 | $20.00 | File November monthly operating report; correspond with W. Factor regarding same. |
| 1/4/2023 | DM | 0.60 | 100 | $60.00 | Look up good addresses for mail returns. |
| 1/4/2023 | WJF | 0.40 | 400 | $160.00 | Appear for/attend hearing on chapter 11 status; fee petition and cash collateral |
| 1/9/2023 | WJF | 0.30 | 400 | $120.00 | Telephone call with R Handler regarding operational issues |
| 1/10/2023 | DM | 0.50 | 100 | $50.00 | Finish researching better possible addresses for mail returns; correspond with W. Factor and A. Holtschlag regarding same. |
| 1/11/2023 | SR | 0.60 | 125 | $75.00 | Research addresses for return mail. |
| 1/13/2023 | SR | 1.40 | 125 | $175.00 | Review return mail; research for new addresses. |
| | | 4.20 | | $740.00 | |

Bank's 506(b) Claim for Post-Petition Fees

| Trans Date | Tkpr | Hours to Bill | Rate | Amount | Description |
|---|---|---|---|---|---|
| 12/23/2022 | WJF | 1.70 | 400 | $680.00 | Review proof claim filed by Republic and motion for allowance of postpetition fees and interest at default rate (1.0); review state court docket regarding payment of receiver fees (.30); review and analysis of proof of claim filed by receiver (.20); |
| 12/30/2022 | DM | 0.10 | 100 | $10.00 | File text only objection to Republic Bank's motion (Dkt. No. 281); correspond with W. Factor regarding same. |
| 1/20/2023 | DM | 0.20 | 100 | $20.00 | Finalize and file objection to Republic's motion (Dkt. no. 281); correspond with W. Factor regarding same. |
| 1/20/2023 | WJF | 4.00 | 400 | $1,600.00 | Research and analysis of default interest issues (1.0); prepare objection to Republic Bank's request for default interest and attorneys fees (3.0). |
| 1/23/2023 | WJF | 0.70 | 400 | $280.00 | Prepare amended objection to Republic Claim (.50); telephone call with Bob Handler regarding documents filed on Friday, including 506(c) motion and trying to resolve issues with parties in interest (.20) |
| 2/6/2023 | WJF | 0.70 | 400 | $280.00 | Call with Brandon Freud and R. Handler discussing issues related to Republic Claim and resolution of objection to claim (.50); follow-up call with R. Handler regarding strategy for dealing with claim objections (.20) |
| 2/6/2023 | WJF | 1.40 | 400 | $560.00 | Research and analysis of Association lien/mortgage claim and whether their mortgage is avoidable under 544 |
| 2/7/2023 | WJF | 0.70 | 400 | $280.00 | Telephone call with Sean Williams and R. Handler regarding Association issues (.40); follow-up call with R Handler (.20); review emails from R. Handler regarding waterfall (.10) |
| 2/15/2023 | DM | 0.10 | 100 | $10.00 | File motion to extend dates for responding to complaints, claim objections and 506(c) motion; correspond with W. Factor regarding same. |
| | | 9.60 | | $3,720.00 | |

Fee Applications

| Trans Date | Tkpr | Hours to Bill | Rate | Amount | Description |
|---|---|---|---|---|---|
| 12/9/2022 | WJF | 0.40 | 400 | $160.00 | Telephone call with Becky regarding fee application and analysis of same |
| 12/13/2022 | WJF | 0.60 | 400 | $240.00 | Telephone call with Ariane Holtschlag to discuss and explain progress on pending claim objections, fee applications and upcoming deadlines (.50); emails to Ariane regarding fee applications for Powell firm and Worsek firm (.10) |
| 12/13/2022 | AH | 0.50 | 375 | $187.50 | Telephone call W. Factor regarding outstanding issues including administrative fee applications and potential avoidance actions |
| 12/13/2022 | DM | 1.10 | 100 | $110.00 | Telephone calls with A. Holtschlag regarding fee applications (.20); begin draft of FactorLaw's final fee application (.50); draft Worsek's first and final fee application and proposed order (.40) |
| 12/13/2022 | AH | 1.20 | 375 | $450.00 | Begin editing exhibits for fee applications (x3) FactorLaw, Powell, and Worsek |
| 12/14/2022 | AH | 0.20 | 375 | $75.00 | Correspond with W. Factor and D. Mesikapp regarding fee application for Worsek. |
| 12/14/2022 | AH | 0.40 | 375 | $150.00 | Correspond with D. Mesikapp regarding multiple professional fee applications. |
| 12/14/2022 | AH | 0.20 | 375 | $75.00 | Email from/to A. Junia and D. Mesikapp regarding invoices and fee application for Powell Junia P.C. |
| 12/14/2022 | DM | 1.10 | 100 | $110.00 | Telephone calls with A. Holtschlag regarding fee applications (.20); email information email address at Powell regarding invoices/amount update (.10); update Worsek fee application (.30); draft Powell fee application (.50); correspond with A. Holtschlag regarding same. |
| 12/15/2022 | WJF | 0.50 | 400 | $200.00 | Review/analyze fee application for Worsek (.10); review fee application for Powell (.10); review final application for FactorLaw (.20); emails regarding FactorLaw fee application (.10) |
| 12/15/2022 | AH | 2.20 | 375 | $825.00 | Finish editing time detail for FactorLaw's second fee application. |
| 12/15/2022 | AH | 0.70 | 375 | $262.50 | Review and revise FactorLaw's second fee application. |
| 12/15/2022 | AH | 0.10 | 375 | $37.50 | Email from/to D. Mesikapp regarding method for sending notice of multiple professional fee applications. |
| 12/15/2022 | AH | 0.40 | 375 | $150.00 | Review and revise Worsek first and final fee application. |
| 12/15/2022 | AH | 0.30 | 375 | $112.50 | Review and revise Powell first and final fee application. |

| Trans Date | Tkpr | Hours to Bill | Rate | Amount | Description |
|---|---|---|---|---|---|
| 12/15/2022 | DM | 1.10 | 100 | $110.00 | Finalize Powell First and Final Fee Application (.30) and Worsek First and Final Fee Application (.30); follow up correspondence with A. Holtschlag regarding same (.10); telephone calls with A. Holtschlag regarding fee applications (.20); finish drafting FactorLaw's final fee app (.20) |
| 12/16/2022 | DM | 0.50 | 100 | $50.00 | File FactorLaw, Powell, and Worsek fee applications (.30); send all three fee applications for service with BK Attorney Services (.10); follow up correspondence with A. Holtschlag and W. Factor (.10) |
| 12/23/2022 | DM | 0.60 | 100 | $60.00 | Serve FactorLaw's final fee application on Opentable at new address (.10); serve Powell's first and final fee application on Opentable at new address (.10); serve Worsek's fee application on Opentable at new address (.10); correspond with W. Factor regarding same (.10); draft supplemental certificate of service (.20) |
| 1/3/2023 | WJF | 0.10 | 400 | $40.00 | Review and respond to email from Laura regarding CDOR fee |
| 1/11/2023 | WJF | 0.50 | 400 | $200.00 | Attend hearing on fee petitions |
| 1/18/2023 | SR | 1.70 | 125 | $212.50 | Review fee applications and orders approving (.30); calculate totals fee awards for surcharge motion (1.2); correspond with W. Factor regarding same (.20) |
| 1/23/2023 | DM | 0.40 | 100 | $40.00 | Research more fee application mail returns and update mailing matrix with new addresses |
| 3/29/2023 | WJF | 0.50 | 400 | $200.00 | Review and edit draft of fee petition |
| 3/27/2023 | WJF | 0.70 | 400 | $280.00 | preparing time detail for the application and download same from practice management system (.5); telephone call with paralegal regarding project (.2) |
| | | 16.00 | | $4,337.50 | |

## 506(c) Motion

| Trans Date | Tkpr | Hours to Bill | Rate | Amount | Description |
|---|---|---|---|---|---|
| 1/3/2023 | WJF | 1.30 | 400 | $520.00 | Draft/revise motion for 506(c) charge (.90); review lexis database for sample 506(c) motions and download same (.40) |
| 1/12/2023 | WJF | 0.80 | 400 | $320.00 | Call with R Handler and then R Handler and Jeff Dan to discuss bank's claim and 506(c) charge |
| 1/15/2023 | WJF | 4.50 | 400 | $1,800.00 | Drafting and revising motion for allowance of 506(c) charges (3.5); research regarding same (1.0) |
| 1/16/2023 | WJF | 1.30 | 400 | $520.00 | Further revisions to 506(c) motion |
| 1/18/2023 | WJF | 0.20 | 400 | $80.00 | Revising motion for 506(c) surcharge |
| 1/19/2023 | WJF | 2.70 | 400 | $1,080.00 | Analysis of amounts owed to attorneys, amounts paid, balance of fees owed to firm, emails with R.Handler regarding same (1.0); revising 506(c) motion and chart showing amounts owed (1.7) |
| 1/20/2023 | DM | 0.70 | 100 | $70.00 | Draft notice of hearing on surcharge motion and proposed order (.30); correspondence and telephone calls with W. Factor regarding same (.20); finalize and file surcharge motion and proposed order (.20); follow up correspondence |
| 1/23/2023 | DM | 0.30 | 100 | $30.00 | Draft supplemental certificate of service of surcharge motion (.1); correspondence and telephone call with W. Factor regarding same (.1); send surcharge motion for service to BK Attorney Services for mailing; finalize and file certificate of service of same (.1) |
| 1/25/2023 | WJF | 0.80 | 400 | $320.00 | Telephone call with R. Handler regarding strategy for trying to work with creditors to reach agreement on amounts owed (.40); preparing potential waterfall of proceeds from sale of real estate (.40) |
| 1/27/2023 | WJF | 0.20 | 400 | $80.00 | Draft/revise chart reflecting use of proceeds from sale of real estate |
| 2/1/2023 | WJF | 0.40 | 400 | $160.00 | Attend hearing on disposition of funds from sale and disputes regarding same |
| 2/2/2023 | WJF | 0.80 | 400 | $320.00 | Preparing spreadsheet regarding allocation of proceeds during call with R. Handler regarding same |
| | | 14.00 | | $5,300.00 | |

Cash Collateral

| Trans Date | Tkpr | Hours to Bill | Rate | Amount | Description |
|---|---|---|---|---|---|
| 11/28/2022 | WJF | 0.20 | 400 | $80.00 | Telephone call with R Handler regarding fee application (.10); email from and to Laura regarding administrative claims (.10) |
| 11/29/2022 | WJF | 0.10 | 400 | $40.00 | Review and respond to email from John Servatius regarding budget |
| 11/29/2022 | WJF | 0.90 | 400 | $360.00 | Review emails from R Handler and his team regarding budget (.20); respond to same (.10); email to creditors regarding cash collateral order for 11/30 (.10); telephone call with R Handler and then R. Handler an J Dan regarding budget (.50); |
| 11/29/2022 | WJF | 0.90 | $400.00 | $360.00 | Review emails from R Handler and his team regarding budget (.20); respond to same (.10); email to creditors regarding cash collateral order for 11/30 (.10); telephone call with R Handler and then R.Handler an J Dan regarding budget (.50) |
| 11/29/2022 | WJF | 0.10 | $400.00 | $40.00 | Review and respond to email from John Servatius regarding budget |
| 11/30/2022 | WJF | 0.10 | $400.00 | $40.00 | Email to creditors regarding cash collateral order |
| 11/30/2022 | WJF | 1.10 | $400.00 | $440.00 | Email to E Buck regarding cash collateral order (.10); telephone call with R Handler regarding cash collateral order, account balance and expenses (.20); telephone call with J Paulsen to update him on covering hearing today and open issues for hearing that may be addressed (.40); revisions to cash collateral order (.30); create redline of same (.10) |
| 11/30/2022 | JKP | 0.60 | $400.00 | $240.00 | Prepare for and attend post-confirmation status and hearing on cash collateral. |
| 12/1/2022 | WJF | 0.70 | 400 | $280.00 | Email to Bob, Laura and John regarding cash position in connection with cash collateral order (.10); create word version of Cash collateral order and email to Erich Buck regarding same (.10); review bank statements in connection with cash position to help (.5) |
| 12/2/2022 | WJF | 0.30 | 400 | $120.00 | Review / analyze bank statements and cash collateral budget (.20); emails to Bob Handler regarding same (.20) |
| 12/02/2022 | WJF | 0.30 | $400.00 | $120.00 | Review / analyze bank statements and cash collateral budget (.20); emails to Bob Handler regarding same (.20) |
| 12/02/2022 | WJF | 0.70 | $400.00 | $280.00 | Telephone call with R Handler and Laura Delucca regarding cash balance and checks that were issued and cleared (.30); telephone call with R Handler and J. Dan regarding fees owed to GM and payments to them (.20); further call with R. Handler regarding tasks that need to be completed in December, including claim objections (.20) |

| Trans Date | Tkpr | Hours to Bill | Rate | Amount | Description |
|---|---|---|---|---|---|
| 12/5/2022 | WJF | 0.40 | 400 | $160.00 | Revisions to order form based upon comments from Erich Buck (.20); generate redline of same (.10); email to creditors regarding same (.1) |
| 12/5/2022 | WJF | 0.20 | 400 | $80.00 | Final review of cash collateral order dated 11/30 to make sure it conforms to final comments and then submit to DOTF with email regarding same |
| 12/5/2022 | WJF | 0.10 | 400 | $40.00 | Review and respond to email from Erich regarding potential additional changes to cash collateral order |
| 1/3/2023 | WJF | 0.90 | 400 | $360.00 | Emails to Bob and Laura regarding cash collateral order and checks that cleared so we have an accurate cash balance (.30); telephone call Bob Handler regarding cash collateral, 506(c) issues and administration of case (.60) |
|  |  | 7.60 |  | $3,040.00 |  |

Plan of Reorganization

| Trans Date | Tkpr | Hours to Bill | Rate | Amount | Description |
|---|---|---|---|---|---|
| 11/22/2022 | WJF | 0.10 | 400 | $40.00 | Emails with R Handler regarding notice of plan effective date |
| 11/22/2022 | DM | 1.00 | 100 | $100.00 | Finalize notice of plans effective date and administrative claims bar date (.30); prepare mailing matrix/excel sheet for same (.50); correspond with W. Factor regarding service of notice (.20) |
| 11/22/2022 | WJF | 0.10 | 400 | $40.00 | Emails with R Handler regarding notice of plan effective date |
| 11/23/2022 | WJF | 0.30 | 400 | $120.00 | Revisions to notice of plan confirmation and effective date (.20); review certificate of service and emails with D. Mesikapp regarding same (.10) |
| 11/23/2022 | WJF | 0.30 | 400 | $120.00 | Revisions to notice of plan confirmation and effective date (.20); review certificate of service and emails with Danielle regarding same (.10) |
| 11/23/2022 | DM | 1.60 | 100 | $160.00 | Telephone call with W. Factor regarding notice of plan effective date and service of same (.30); look up addresses for service of notice of plan effective date (.70); finalize service list for mailing notice of plan effective date (.30); draft notice of filing notice of plan confirmation (.30) |
| | | 3.40 | | $580.00 | |

## Claim Objections and Issues

| Trans Date | Tkpr | Hours to Bill | Rate | Amount | Description |
|---|---|---|---|---|---|
| 12/16/2022 | WJF | 0.10 | 400 | $40.00 | Track down and send info to Richard regarding proof of claims |
| 12/20/2022 | WJF | 1.50 | 400 | $600.00 | Download and process bank statements into usable format for review and use in connection with claim objections |
| 12/22/2022 | WJF | 1.10 | 400 | $440.00 | Reviewing and editing claim objection and avoidance complaint regarding POC filed by Abboud & Company |
| 12/22/2022 | WJF | 1.10 | 400 | $440.00 | Telephone call with R Handler regarding claims objections and process for dealing with same and email from J. Dan regarding Republic claim (.40); telephone call with J Dan regarding his email and his views on proof of claim filed by receiver and others (.50); review and analysis of bank statements from 2017 (.20) |
| 12/23/2022 | WJF | 0.80 | 400 | $320.00 | Telephone call with R Handler and Richard Schroeder regarding background issues related to Abboud and Company transactions with Cite´; spin off of Cite´ from Renaissance Plaza; loans from Abboud to related entities and financial condition of Cite´ |
| 12/23/2022 | WJF | 1.10 | 400 | $440.00 | Further revisions to claim objection and complaint for claim filed by Abboud & Co. |
| 12/28/2022 | DM | 0.20 | 100 | $20.00 | File and serve objection to claim no. 6; correspond with W. Factor regarding same. |
| 1/4/2023 | WJF | 0.30 | 400 | $120.00 | Follow-up call with R Handler regarding resolving claim objections and implementing strategy for getting creditors to agree |
| 1/23/2023 | DM | 0.10 | 100 | $10.00 | Finalize and file amended objection to Republic Bank's claim; correspond with W. Factor regarding same. |
| 1/26/2023 | WJF | 0.90 | 400 | $360.00 | Reviewing and analyzing spreadsheet regarding use of profits (.40); research/analysis of ARAMCO claim and objection to claim (.50) |
| 1/27/2023 | WJF | 0.30 | 400 | $120.00 | Research and analysis regarding assertion that ERC finds are subject to citation lien in favor of ARAMCO |
| 1/31/2023 | WJF | 0.50 | 400 | $200.00 | Research and analysis on Association's assertion of mortgage on real estate to secure unpaid CAM |
| 2/3/2023 | WJF | 1.00 | 400 | $400.00 | Telephone call with Erich Buck regarding Abboud claim |
| 2/5/2023 | WJF | 1.70 | 400 | $680.00 | Research and analysis of mortgage lien asserted by Association |
| | | 10.70 | | $4,190.00 | |

## Complaint to Avoid Lien

| Trans Date | Tkpr | Hours to Bill | Rate | Amount | Description |
|---|---|---|---|---|---|
| 12/27/2022 | SR | 1.30 | 125 | $162.50 | Docket summons and complaint; serve same; draft certificate of service for same; correspond with W. Factor; |
| 12/28/2022 | DM | 0.10 | 100 | $10.00 | Prepare mailing of summons and adversary complaint to Lake Point Tower. |
| 12/28/2022 | WJF | 3.90 | 400 | $1,560.00 | Preparing objection and complaint related to POC filed by Condo Association (1.8); researching Illinois law regarding requirements of a mortgage on real property (.70); Reviewing and analyzing LPTCA Proof of Claim an REA in connection with objection to claim (1.0); futher research regarding emcumbrance on land and whether it is a mortgage (.30); preparing notice of objection, cover sheet and file adversaery (.50); telephone call with R Handler regarding objection to LPTCA POC (.20) telephone call with D Hassel regarding mortgage and lien issues on real estate and understanding of property law (.40) |
| 12/29/2022 | DM | 0.40 | 100 | $40.00 | Serve adversary summons and complaint on Lake Point Tower (.10); draft certificate of service of same; correspond with W. Factor regarding same (.10); finalize and file summons service executed (.10); follow up correspondence (.10). |
| 12/29/2022 | WJF | 0.30 | 400 | $120.00 | Telephone call from Sean Williams regarding complaint filed against Association |
| 1/19/2023 | WJF | 0.20 | 400 | $80.00 | Call with Sean Williams regarding extension of time to answer complaint |
| 1/27/2023 | WJF | 2.40 | 400 | $960.00 | Call with Sean Williams and Robert Handler regarding objection to claim filed by Association (.30); followup call with R. Handler regarding addressing issues raised by Association (.30); research and analysis of Association's claim that they hold a proper (1.8) |
| 1/28/2023 | WJF | 0.40 | 400 | $160.00 | Research regarding contention that citation lien attaches to ERC funds |
| | | 9.00 | | $3,092.50 | |

Settlement with Creditors

| Trans Date | Tkpr | Hours to Bill | Rate | Amount | Description |
|---|---|---|---|---|---|
| 2/1/2023 | WJF | 0.90 | 400 | $360.00 | Telephone call with R Handler regarding settlement issues (.20); research and analysis of association assertion regarding lien on real estate (.70) |
| 2/13/2023 | WJF | 0.10 | 400 | $40.00 | Emails to/from Brandon regarding continuing motions and hearings |
| 2/15/2023 | WJF | 1.60 | 400 | $640.00 | Draft/revise motion to reset dates for all parties (1.50); review and respond to email from Brandon regarding settlement (.10) |
| 2/21/2023 | WJF | 0.80 | 400 | $320.00 | Telephone conference with Erich Buck, his colleague and R. Handler regarding waterfall (.70); follow-up call with R. Handler regarding next steps (.10) |
| 2/21/2023 | WJF | 0.20 | 400 | $80.00 | Follow-up call with R Handler regarding administrative claims still outstanding and scheduling of hearing (.2); review docket to see that matters have been continued to 3/15 |
| 2/22/2023 | JKP | 0.20 | 400 | $80.00 | Prepare for and attend hearing on multiple matters |
| 2/23/2023 | WJF | 0.20 | 400 | $80.00 | Telephone call with R Handler regarding amounts needed to pay administrative claims |
| 2/24/2023 | WJF | 0.20 | 400 | $80.00 | Email to B. Freud regarding status of settlement (.10); call with R. Handler regarding same (.10) |
| 2/28/2023 | WJF | 0.20 | 400 | $80.00 | Telephone call with R Handler regarding settlement process with creditors |
| 3/10/2023 | WJF | 0.10 | 400 | $40.00 | Telephone call with R Handler regarding cite settlement status |
| 3/10/2023 | WJF | 1.80 | 400 | $720.00 | Review/analyze spreadsheet showing the allocation of proceeds (1.20); telephone call with R Handler regarding same (.20); telephone call with Eric Buck regarding same (.40) |
| 3/11/2023 | WJF | 0.90 | 400 | $360.00 | Revisions to waterfall showing distributions (.70); telephone call with R Handler and John Servatius regarding same (.20) |
| 3/13/2023 | WJF | 0.10 | 400 | $40.00 | Communicate with Sean Williams regarding waterfall |
| 3/15/2023 | WJF | 0.70 | 400 | $280.00 | Call with Brandon Freud regarding email from Eric Buck (.20); attend status hearing (.50) |
| 3/15/2023 | WJF | 0.20 | 400 | $80.00 | Telephone call with R. Handler regarding drafting settlement agreement and filing fee applications |
| 3/20/2023 | WJF | 0.50 | 400 | $200.00 | Revisions to settlement agreement |
| 3/21/2023 | WJF | 2.30 | 400 | $920.00 | Drafting settlement agreement (1.8); call with R Handler regarding settlement agreement (.20); analysis of plan and issues regarding closing case (.30) |
| 3/23/2023 | WJF | 0.50 | 400 | $200.00 | revisions to settlement agreements (.4); email to creditors regarding settlement agreement (.10) |
| 3/29/2023 | WJF | 0.10 | 400 | $40.00 | Emails with Eric regarding latest draft a settlement agreement |

| Trans Date | Tkpr | Hours to Bill | Rate | Amount | Description |
|---|---|---|---|---|---|
| 3/30/2023 | WJF | 0.20 | 400 | $80.00 | telephone call with John Reddine re IDOR consent to settlement |
| 3/27/2023 | WJF | 0.40 | 400 | $160.00 | telephone call with John Reding and Robert Handler regarding settlement agreement and Illinois Department of revenue position on settlement agreement (.3); email to John regarding settlement agreement terms and attaching drafts of settlement agreement and exhibits (.1) |
| | | 12.20 | | $4,880.00 | |

# Exhibit 2

Date: 04/12/2023          **Detail Cost Transaction File List**          Page: 1
The Law Office of William J. Factor, Ltd.

| Trans Date | Amount | |
|---|---:|---|
| **Client ID 2276.001 Cite Debtor, R. Handler as Trustee** | | |
| 10/05/2022 | 462.48 | BK Attorney Services fee for service of FactorLaw's First Interim Fee Application (47 recipients). |
| 11/02/2022 | 93.00 | Fee paid to the clerk of the bankruptcy court for three certified copies of the amended order authorizing sale free and clear. |
| 11/08/2022 | 38.10 | UPS expense to send documents from C. Mack's office. |
| 11/14/2022 | 56.44 | FedEx expense for delivery of default notice on W. Moy and Lake Point Tower Investment (2 recipients). |
| 11/23/2022 | 248.50 | BK Attorney Services fee for service of notice of filing and notice of plan effective date (175 recipients). |
| 12/16/2022 | 469.00 | BK Attorney Services fee for service of Powell's First and Final Fee Application (175 recipients). |
| 12/16/2022 | 498.75 | BK Attorney Services fee for service of Worsek's First and Final Fee Application (175 recipients). |
| 12/16/2022 | 889.00 | BK Attorney Services fee for service of FactorLaw's Final Fee Application (175 recipients). |
| 12/23/2022 | 1.44 | Postage expense for service of FactorLaw's Final Fee Application on Opentable, Inc. at updated address (1 recipient). |
| 12/23/2022 | 1.20 | Postage expense for service of Powell's First and Final Fee Application on Opentable, Inc. at updated address (1 recipient). |
| 12/23/2022 | 1.20 | Postage expense for service of Worsek's First and Final Fee Application on Opentable, Inc. at updated address (1 recipient). |
| 12/23/2022 | 350.00 | Filing fee for adversary complaint against J. Robert Abboud & Company. |
| 12/27/2022 | 3.36 | Postage expense for service of the summons and complaint on A. Robert Abboud and Company. |
| 12/28/2022 | 3.60 | Postage expense for service of notice of objection to claim no. 6 filed by Lake Point Tower (1 recipient). |
| 12/29/2022 | 350.00 | Filing fee for adversary complaint against Lake Point Tower Condo Association. |
| 12/29/2022 | 3.36 | Postage expense for service of summons and adversary complaint on Lake Point Tower (1 recipient). |
| 01/23/2023 | 462.28 | BK Attorney Services fee for service of surcharge motion (182 recipients). |

**GRAND TOTALS**

Billable      3,931.71